IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                         CASE NO. 4:15-CR-40023

LASHUNNA EMECE GARFIELD                                               DEFENDANT

## **ORDER**

Before the Court is the Government's Motion to Dismiss. ECF No. 14. The Government moves the Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Indictment filed against Defendant Lashunna Emece Garfield without prejudice. Upon consideration, the Court finds that the Government's Motion to Dismiss (ECF No. 14) should be and hereby is **GRANTED**. The Indictment filed against Defendant Lashunna Emece Garfield on September 16, 2015, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of November 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge